

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 12, 2015
Case Number AP-76,923
CUMMINGS, RICKEY DONNELL
COA No.    Tr. Ct. No. 2011-1513-C1
McLennan County, 19th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, Crystal Howard,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on 1-16-2015 in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk